**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-MC-015-MOC-DCK**

| | |
|---|---|
| GERMAN AMERICAN TRADE ASSOCIATION, | ) |
| Petitioner, | ) ) ) |
| v. | ) **ORDER** |
| KURT G. WALDTHAUSEN, REINHARD VON HENNIGS, ERIC SHMID, ELLIOT DAVIS, WALDTHAUSEN & ASSOCIATIES, INC., BRIDGEHOUSE LAW, GERMAN AMERICAN BUSINESS ASSOCIATION, | ) ) ) ) ) ) |
| Respondents. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal" (Document No. 39) filed November 13, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal" (Document No. 39) is **GRANTED**.

Signed: November 14, 2013

David C. Keesler
United States Magistrate Judge