IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-MC-015-MOC-DCK

| | |
|---|---|
| GERMAN AMERICAN TRADE ASSOCIATION, | ) |
| Petitioner, | ) |
| v. | ) **ORDER** |
| KURT G. WALDTHAUSEN, REINHARD VON HENNIGS, ERIC SHMID, ELLIOT DAVIS, WALDTHAUSEN & ASSOCIATIES, INC., BRIDGEHOUSE LAW, GERMAN AMERICAN BUSINESS ASSOCIATION, | ) |
| Respondents. | ) |

**THIS MATTER IS BEFORE THE COURT** on Petitioner's "Motion To Seal" (Document No. 45) filed November 26, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Motion To Seal" (Document No. 45) is **GRANTED**.

Signed: November 26, 2013

David C. Keesler
United States Magistrate Judge