IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-MC-015-MOC-DCK

| | |
|---|---|
| GERMAN AMERICAN TRADE ASSOCIATION, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KURT G. WALDTHAUSEN, REINHARD VON ) | |
| HENNIGS, ERIC SHMID, ELLIOT DAVIS, ) | |
| WALDTHAUSEN & ASSOCIATIES, INC., ) | |
| BRIDGEHOUSE LAW, GERMAN AMERICAN ) | |
| BUSINESS ASSOCIATION, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal" (Document No. 50) filed December 2, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal" (Document No. 50) is **GRANTED**.

Signed: December 2, 2013

David C. Keesler
United States Magistrate Judge