**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-MC-015-MOC-DCK**

| | |
|---|---|
| GERMAN AMERICAN TRADE ASSOCIATION, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   <u>**ORDER**</u> |
| | ) |
| KURT G. WALDTHAUSEN, REINHARD VON HENNIGS, ERIC SHMID, ELLIOT DAVIS, WALDTHAUSEN & ASSOCIATIES, INC., BRIDGEHOUSE LAW, GERMAN AMERICAN BUSINESS ASSOCIATION, | ) ) ) ) ) |
| | ) |
| Respondents. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Reply Memorandum" (Document No. 53) filed December 4, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal Reply Memorandum" (Document No. 53) is **GRANTED**.

Signed: December 4, 2013

_____
David C. Keesler
United States Magistrate Judge